STATE OF CONNECTICUT *v.* BENJAMIN E. RODRIGUEZ
(9023)

DALY, FOTI and HEIMAN, Js.
Argued May 30—decision released June 25, 1991

*Mark Rademacher,* for the appellant (defendant).

*Harry Weller,* assistant state's attorney, with whom, on the brief, were *Michael Dearington,* state's attorney, and *David Gold,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.